*John R. Cooper,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.

### 10014. Swann v. The State.

Broyles, P. J. 1. The first ground of the amendment to the motion for a new trial, being expressly disapproved by the trial judge, can not be considered.

2. The charge of the court upon the doctrine of reasonable doubt was sufficiently full.

3. None of the other instructions excepted to, when viewed in the light of the charge as a whole, contains material error.

4. The alleged newly discovered evidence was cumulative and was not of such a character as would probably cause a different verdict upon another trial.

5. Under the facts of the case the other special grounds of the motion for a new trial are without merit.

6. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Bloodworth, J., concurs. Stephens, J., not presiding.*
                    DECIDED DECEMBER 3, 1918.

Conviction of manslaughter; from Meriwether superior court—Judge Terrell. July 10, 1918.

*N. F. Culpepper, McLaughlin & Jones, W. I. Heyward, H. A. Allen,* for plaintiff in error.

*C. E. Roop, solicitor-general,* contra.